IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GIBSON GUITAR CORP., <br><br> Plaintiff, <br><br> v. <br><br> MITSUI SUMITOMO INSURANCE USA INC., <br><br> and <br><br> CONTINENTAL INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 3:11-cv-00190 |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Gibson Guitar Corp. files this Notice of Dismissal and hereby voluntarily dismisses this case without prejudice.

Respectfully submitted,

Dated: March 22, 2011        By:    /s/ Tim Harvey_____
                                    Steven A. Riley (BPR# 6258)
                                    Timothy G. Harvey (BPR# 021509)
                                    Riley Warnock & Jacobson, PLC
                                    1906 West End Avenue
                                    Nashville, Tennessee 37203
                                    (615) 320-3700
                                    sriley@rwjplc.com
                                    tharvey@rwjplc.com

                                    *Attorneys for Gibson Guitar Corp.*

Of Counsel:
Peter M. Gillon
Geoffrey J. Greeves
James P. Bobotek
Pillsbury Winthrop Shaw Pittman LLP
2300 N Street, NW
Washington, D.C. 20037-1122
Tel.: (202) 663-8000
Fax: (202) 663-8007
E-mail:  peter.gillon@pillsburylaw.com
         geoffrey.greeves@pillsburylaw.com
         james.bobotek@pillsburylaw.com

*Attorneys for Gibson Guitar Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of March, 2011, Plaintiff Gibson Guitar Corp.'s Notice Dismissal was served by first-class mail on the following:

Brian E. O'Donnell
RIKER DANZIG SCHERER HYLAND PERRETTI LLP
500 Fifth Avenue, 49th Floor
New York, New York 10110

*Attorneys for Mitsui Sumitomo Insurance USA Inc.*

Marian S. Hertz
COLLIAU ELENIUS MURPHY CARLUCCIO
  KEENER & MORROW
40 Wall Street, 7th Floor
New York, NY 10005

Kevin M. Murphy
COLLIAU ELENIUS MURPHY CARLUCCIO
  KEENER & MORROW
600 North Pearl
Plaza of the Americas, Suite 1400
Dallas, Texas 75201

Howard Rabin
COLLIAU ELENIUS MURPHY CARLUCCIO
  KEENER & MORROW
Suite 300A
1249 South River Road
P.O. Box 2000
Cranbury, New Jersey 08512

*Attorneys for Continental Casualty Company*

March 22, 2011

/s/ Tim Harvey_____
Timothy G. Harvey