IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GIBSON GUITAR CORP., | ) |
| *Plaintiff*, | ) ) Case No. 3:11-cv-00190 |
| v. | ) Judge Nixon ) Magistrate Judge Brown |
| MITSUI SUMITOMO INSURANCE USA, INC. and CONTINENTAL INSURANCE COMPANY, | ) ) ) ) JURY DEMAND |
| *Defendants*. | ) ) |

### ORDER

Plaintiff Gibson Guitar Corp. has filed with the Court a Notice of Dismissal (Doc. No. 8), voluntarily dismissing this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). As a result, this case is **DISMISSED without prejudice** and the Court **ORDERS** this case **CLOSED**.

It is so ORDERED.

Entered this 23rd day of March, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT