UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

GIBSON GUITAR CORP. )
)
)
)
v. ) NO.: 3:11cv0190
) JUDGE NIXON
)
MITSUI SUMITOMO INSURANCE USA, )
INC. and CONTINENTAL INSURANCE )
COMPANY )
)

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/23/2011.

KEITH THROCKMORTON, CLERK
s/Tina M. Webster, Deputy Clerk