IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| GIBSON GUITAR CORP., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MITSUI SUMITOMO INSURANCE USA ) <br> INC., ) <br> ) <br> and ) <br> ) <br> CONTINENTAL INSURANCE COMPANY, ) <br> ) <br> Defendants. ) | Civil Action No. 3:11-cv-00190 |

## PLAINTIFF'S NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Gibson Guitar Corp. files this Notice of Dismissal and hereby voluntarily dismisses this case without prejudice.

Respectfully submitted,

Dated: March 22, 2011      By:  /s/ Tim Harvey
                                Steven A. Riley (BPR# 6258)
                                Timothy G. Harvey (BPR# 021509)
                                Riley Warnock & Jacobson, PLC
                                1906 West End Avenue
                                Nashville, Tennessee 37203
                                (615) 320-3700
                                sriley@rwjplc.com
                                tharvey@rwjplc.com

                                *Attorneys for Gibson Guitar Corp.*

So Ordered,
[signature]